Cybex Security Solutions
1334 Blue Oaks Blvd
Roseville, CA 95678


Cannon Solutions America, Inc
15004 Collections Center Drive
Chicago, IL 60693


AT & T
P O Box 5017
Carol Stream, IL 60197


Adobe Systems, Inc
75 Remittance Drive, Suite 1025
Chicago, IL   60675-1025


Orkin
P O Box 7161
Pasadena CA   91109-7161


Paracorp Inc dba PARASEC
P O Box 160568
Sacramento CA   95816-0568


Benedict Limousine
5700 Etiwanda Ave #237
Tarzana, CA 91356


Kristel Yoneda
251 Orangefair Avenue, Apt # 209
Fullerton, CFA   92832

Gam Inventory Management Service
Newark Post Office
P O Box 35594
Newark, NJ 07193-5594


Takedown Piracy Inc
8045 Retriever Ave
Las Vegas, NV 89147


Mazars LLP
Mazars House Gelderd Road
Gildersome Leeds   LS27 7JN


Alpha Cygni
95 Claxton Ave
Watertown, CT 06795


ADT
P O Box 371878
Pitsburg, PA 15250-7878


Safe Keeping Records
8826 Megan Avenue
West Hills, CA   91304


Dennemeyer & Associates
55 Rue des Bruyeres
L-1274 Luxembourg


Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA   90007




David Feldman Worldwide, Inc

PO Box 823473
Philadelphia, PA 19182-3461


Network Domain Services N V
Schottegatweg Oost 44
P.O. Box 812
Willemstad Curacao


Office Depot
P O Box 70025
Los Angeles, CA 90074-0025


Terrence A. Lucero CPA
17609 Ventura Blvd, # 215B
Encino, CA  91316


Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA  19087


DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377


Allgemeines Treuunternehmen Aeules
Aeulestrasse 5 - PO Box 83
Furstentum Liechtenstein


GRM Information Management Services
P O Box 35539
Newark, NJ 07193-5539





Akerman LLP
601 West Fifth Street, Suite 300

Los Angeles, CA 90071


Iron Mountain
1000 Campus Drive
Collegeville, PA  19426


C.Hocquel Inc
8310 Jayseel St
Sunland, CA 91040


Total Records Info Management LLC
371 Starke Road
Carlstadt, NJ  07072


Tom Fox
P O Box 2402
Santa Cruz CA  95063


California Choice Benefit Admin
721 South Parker, Suite 200
Orange, CA  92868


Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000


Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001




Allen, Dyer, Dopplet, Milbrath & Gilchrist
255 South Orange Ave Suite 1401
Orlando, FL 32801

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO  64108-2662


Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104


Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660


Hogan Lovells US, LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067


TGG Accounting
10188 Telesis Court Suite 130
San Diego, CA 92121


Bayard, P A
222 Delaware Ave Suite 900
P.O. Box 25130 Wilmington, DE 19899


Greenberg Traurig, LLP
1840 Century Park East Suite 1900
Los Angeles, CA 90067




Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

```
EXWORKS Capital Funds I LP
333 W Wacker Drive Suite 1620
Chicago, IL 60606


DREAM MEDIA Corporation
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024
```